HOSE-MCCANN CORPORATION, Appellant and Respondent, *v.* CARL PAULUHN et al., Respondents and Appellants.

Argued December 9, 1937; decided January 11, 1938.

*Daniel Handler* for plaintiff, appellant and respondent.
*Lewis Ginsburg* for defendants, respondents and appellants.

Judgment of the Appellate Division modified by striking therefrom the award of damages on the finding of fraud, and as so modified affirmed, with costs to defendant-appellants. We fail to find in this record any evidence to charge the defendants with knowledge or notice of the fraud or deception of Wieman in obtaining possession of the plaintiff's monophone box or device. The damages awarded by the Appellate Division on the finding of fraud must be reversed, and its judgment, as so modified, affirmed, with costs to defendant-appellants. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.